```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 27468
    RHONDA AUSTIN
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-6433


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 10/14/2008 and was not confirmed.

    The case was dismissed without confirmation 01/08/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO BANK           MORTGAGE NOTI  NOT FILED            .00            .00
WELLS FARGO BANK MINNESO   CURRENT MORTG        .00            .00            .00
WELLS FARGO BANK MINNESO   MORTGAGE ARRE   17000.00            .00            .00
KEDZIE DENTAL              UNSECURED      NOT FILED            .00            .00
COLUMBIA HOUSE DVD         UNSECURED      NOT FILED            .00            .00
INGALLS MIDWEST EMERGENC   UNSECURED      NOT FILED            .00            .00
HSBC NV/GM CARD            UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
RMI/MCSI                   UNSECURED         250.00            .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     314.00            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                          .00                   .00




            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 27468 RHONDA AUSTIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 27468 RHONDA AUSTIN